UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NORMAN JOHNSON, R10495, | ) |
| Petitioner, | ) |
| v. | ) Case No. 17 C 3997 |
| DAVID GOMEZ, Warden,<br>Stateville Correctional Center, | ) The Honorable John F. Kness |
| Respondent. | ) |

**PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME**

Petitioner, Norman Johnson ("Mr. Johnson"), by and through his attorneys of the of the UIC John Marshall Pro Bono Litigation Clinic, and in support of his Motion of Extension of Time to file his sur-reply by October 12, 2020, states as follows:

1. There is no objection by Respondent to this short extension of time to file Petitioner's, sur-reply to on or before October 12, 2020.

2. On May 25, 2017, Mr. Johnson filed a Petition for Writ of Habeas Corpus to this Court. Dkt# 1.

3. This Court issued an order on April 27, 2020, vis-a-vis: ". . . Accordingly, the Court is left with insufficient briefing and an incomplete record with which to address Petitioner's procedural actual innocence claim. According, Respondent is directed to file, on or before May 18, 2020, a surresponse addressing whether Petitioner has satisfied his burden to demonstrate procedural actual innocence. On or before June 8, 2020, Petitioner may, but is not required to, file a surreply limited to the arguments made in Respondent's surresponse." Dkt# 25.

4. On July 13, 2020, Respondent filed its Second Motion for time to file its surresponse (Dkt# 38) and this Court granted said Motion giving Respondent until July 31, 2020 to file same. Respondent filed its surresponse on July 31, 2020. Dkt# 40.

5. On August 21, 2020, Mr. Johnson filed his first Motion for Extension of Time (Dkt# 41) and this Court granted him until October 5, 2020 to file same (Dkt# 43).

6. Petitioner sur-reply is complete however, Mr. Johnson's would like time to review and discuss the surreply before filing. Although we promptly requested an attorney client call with Stateville Correctional Center, the undersigned has made several attempts since early September 2020 to schedule a call with Mr. Johnson on or before October 5, 2020 via coordinating directly with the scheduling staff member at Stateville Correctional Center. However, there is a backlog of calls at Stateville stemming from the Covid-19 pandemic.

7. Regrettably, the earliest call available, and currently scheduled, to Mr. Johnson's attorney is on October 8, 2020.

8. As such, Mr. Johnson respectfully requests this second short extension of time to file his surreply to Respondent's surresponse.

9. This Motion for Extension of Time is filed in a timely manner, and it is made in good faith and not for purposes of delay.

10. Per local rule, the undersigned contacted Respondent's counsel and they *have no objection to the extension*.

WHEREFORE, for the foregoing reasons, Petitioner Norman Johnson respectfully moves this Court for an order granting his Motion for Extension of Time to file his surreply to on or before October 12, 2020.

October 5, 2020  **Respectfully submitted,**

*/s/ J. Damian Ortiz*
J. Damian Ortiz
Attorney for Petitioner


J. Damian Ortiz, Director
ARDC #: 6243609
Lindsey M. Mirabella-Grupp, 711 Law Student
James C. Edwards, Law Student
**UIC John Marshall Law School**
 **Pro Bono Program & Clinic**
315 South Plymouth Court
Chicago, IL 60604
T: 312-427-2737 x 477
Email: law-probono@uic.edu

## CERTIFICATE OF SERVICE

I certify that on October 5, 2020, I electronically filed **Petitioner's Second Motion for Extension of Time** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will automatically serve notice on counsel for respondent, a registered CM/ECF user.

*/s/ J. Damian Ortiz*
J. Damian Ortiz, Director

J. Damian Ortiz, Director
ARDC #: 6243609
Lindsey M. Mirabella-Grupp, 711 Law Student
James C. Edwards, Law Student
**UIC John Marshall Law School**
 **Pro Bono Program & Clinic**
315 South Plymouth Court
Chicago, IL 60604
T: 312-427-2737 x 477
Email: law-probono@uic.edu