Exhibit #1



I remember WAT you taking bout the death of jay right I was so young then just making 17

Jun 15 11:39 PM

Yea that's it.

Jun 15 11:39 PM

I don't remember seeing no faves just the hoodies but the police who





I don't remember seeing no faves just the hoodies but the police who

Jun 15 11:42 PM

was on his case was pushing me to pic his picture like is this him is

Jun 15 11:42 PM

this him I just remember saying yes they was like it has to





this him I just remember saying yes they was like it has to be him his

Jun 15 11:42 PM

buddy already told on him the other light skin boy they told me he

Jun 15 11:42 PM

tricked on him and his self all I remember him sayin was I just wanna

Jun 15 11:42 PM





tricked on him and his self all I remember him sayin was I just wanna

Jun 15 11:42 PM

go home to my kids I felt so bad cause I didn't KNO WAT I had done it

Jun 15 11:42 PM

was do much pressure on me I'll do anything to help 😒😒😒 💯

Jun 15 11:42 PM

160/1

Enter message

Send