# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Norman Johnson

                    Plaintiff,

v.                                           Case No.: 1:17–cv–03997
                                                    Honorable John F. Kness

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 7, 2021:

      MINUTE entry before the Honorable John F. Kness: Status hearing held on 6/7/2021. Pursuant to the discussions held in open court, a continued status hearing is set for 8/10/2021 at 10:15 AM. That hearing will be for the purpose of determining whether discovery should be conducted pertaining to the decision by Petitioner's trial counsel not to call Andrew Sanford as a trial witness. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.