IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMAN JOHNSON (R-10495),<br><br>    Petitioner,<br><br>v.<br><br>DAVID GOMEZ, WARDEN,<br><br>    Respondent. | **Case No.: 1:17-cv-03997**<br><br>The Hon. John F. Kness<br><br>State Court Conviction<br>Case No. 09 CR 1017701 |

**PETITIONER'S MOTION FOR LEAVE
TO OPEN LIMITED DISCOVERY**

The Petitioner, Norman Johnson ("Petitioner") through his attorneys of the UIC John Marshall Law School's Pro Bono Clinic moves this court pursuant to Rule 6(a) and Section 28 U.S.C. § 2254, and petitions for an order authorizing limited discovery in this matter. In support thereof, Petitioner incorporates and attaches his memorandum of law in support of his motion.

1. Norman Johnson filed his habeas petition with this court.

2. The petition has been fully briefed.

3. The court issued and Order after a status call on 6/7/2021. The Order set a status hearing to 8/10/2021 "for the purpose of determining whether discovery should be conducted pertaining to the decision by Petitioner's trial counsel not to call Andrew Sanford as a trial witness." [Doc #49]. After once again reviewing the file in its possession and attempting to speak to witnesses, we have determined that we

need leave to engage in limited discovery pursuant to Rule 6(a) and Section 28 U.S.C. § 2254.

**4. As required by this court's motion policy, movant inquired from opposing counsel whether he agreed or opposed our motion, no response was received as of this filing.**

WHEREFORE, Petitioner respectfully request that this Court enter an order granting leave to obtain discovery, pursuant to Rule 6(a) of the Rules Governing § 2254 Cases, and for any other relief this court deems equitable and just.

                                                Respectfully submitted,

                                                **NORMAN JOHNSON**
                                                BY: /s/ J. Damian Ortiz
                                                One of the attorneys for Petitioner

J. Damian Ortiz / ARDC No. 6243609
Hugh Mundy / ARDC No.
  Christopher Dallas / 711 Law Student
  Tareq Alosh / 711 Law Student
  James Edwards / 711 Law Student
UIC JOHN MARSHALL LAW SCHOOL
PRO BONO LITIGATION CLINIC
315 S. Plymouth Street
Chicago, Illinois 60604
Tel: 312-493-6700
jdortiz@uic.edu
Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ J. Damian Ortiz

J. Damian Ortiz / ARDC No. 6243609
UIC JOHN MARSHALL LAW SCHOOL
PRO BONO LITIGATION CLINIC
315 S. Plymouth Street
Chicago, Illinois 60604
Tel: 312-493-6700
jdortiz@uic.edu