IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMAN JOHNSON (R-10495), ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAVID GOMEZ, IDOC WARDEN, ) <br> ) <br> Respondent. ) | **Case No.: 1:17-cv-03997** <br> **Hon. John F. Kness** <br><br> State Court Conviction <br><br> Case No. 09 CR 1017701 |

## STATEMENT OF PROPOSED BRIEFING SCHEDULE

Petitioner Norman Johnson filed his Motion for Leave to Open Limited Discovery on August 4, 2021. In accordance with the motions policy of this Court,[1] Petitioner submits this briefing statement.

1. Counsel for Petitioner Norman Johnson has made good faith efforts to contact opposing counsel, via email and telephone, for the purpose of conferring on a proposed briefing schedule. As of the filing of this statement, Petitioner's counsel has been unable to reach opposing counsel.

2. Accordingly, Petitioner proposes the following briefing schedule:

    A. The State's brief in opposition, if any, to Petitioner's Motion for Discovery must be filed by **August 23, 2021**.

    B. Petitioner's reply to the State's brief in opposition, if any, must be filed by **Monday, August 30, 2021**.

Respectfully submitted,

**Norman Johnson**

---

[1] Petitioner's counsel submits this statement in accordance with the "Updated Motion Policy" given at https://www.ilnd.uscourts.gov/judge-info.aspx?Iu9/vqz23r5X7AkWx/nLtg==. (Last accessed Aug. 6, 2021.)

          BY:    */s/ J. Damian Ortiz*
                  J. Damian Ortiz

J. Damian Ortiz, ARDC No. 6243609
Hugh Mundy
Christopher Dallas, 711 Law Student
Tareq M. Alosh, 711 Law Graduate
James Edwards, 711 Law Student
Garrick Gulino
UNIVERSITY OF ILLINOIS AT CHICAGO SCHOOL OF LAW
PRO BONO LITIGATION CLINIC
315 S. Plymouth Street
Chicago, IL 60604
Tel: 312-493-6700
jdortiz@uic.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2021, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

                        /s/ J. Damian Ortiz

J. Damian Ortiz / ARDC No. 6243609
UIC JOHN MARSHALL LAW SCHOOL
PRO BONO LITIGATION CLINIC
315 S. Plymouth Street
Chicago, Illinois 60604
Tel: 312-493-6700
jdortiz@uic.edu