# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Norman Johnson

       Plaintiff,

v.                Case No.: 1:17–cv–03997
                Honorable John F. Kness

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 10, 2021:

  MINUTE entry before the Honorable John F. Kness: Status hearing held on 8/10/21. Petitioner's Motion for Discovery [50] is hereby entered and continued. Respondent may file a response brief to the motion for discovery on or before 8/30/2021. Petitioner may file a reply in support of the motion for discovery on or before 9/7/2021. Status hearing is set for 10/13/21 at 11:00 a.m. The parties are to use the following call–in number: 888–684–8852, access code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.