# EXHIBIT "A"

# To Docket #50-1



Law Office of the
## COOK COUNTY PUBLIC DEFENDER

2650 South California Ave. • 7TH Floor • Chicago, IL 60608 • (773) 674.3217 TEL • (773) 674.3247 FAX

Hon. Abishi C. Cunningham, Jr. (Ret.) • Public Defender

December 12, 2013

Mr. Norman Johnson
ID# R-10495
P. O. Box 112
Joliet, Illinois 60434

RE: <u>People v. Johnson</u>
Case# 09-CR-10177

Dear Norman:

I am responding to your letter to Kelly McCarthy, asking for the statements of Andrew Sanford on May 16, 2009, and of Margaret Faulkner on December 16 and 21, 2008.

If the State gave me those statements, in police reports or in another form, then they would be in my file, which is stored off-site. Unfortunately, I'm not allowed to release those to other people, including you.

You said it is for your post-conviction. What are you trying to establish?

Is Andrew Sanford the fellow who had been looking out the window and said he'd been drinking with you earlier in the day?

Is Margaret Faulkner the young woman who had her baby after you were charged?

Let me know what you're trying to establish.

Sincerely,

*Ruth A. McBeth/jca*
RUTH A. McBETH
Assistant Public Defender

jca