# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Norman Johnson

                    Plaintiff,

v.                                               Case No.: 1:17–cv–03997
                                                           Honorable John F. Kness

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 13, 2021:

      MINUTE entry before the Honorable John F. Kness: Telephonic motion hearing held on 10/13/2021. Petitioner's motion for discovery [50] is taken under advisement as fully briefed. Ruling by mail. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.