Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORMAN JOHNSON (R-10495), | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | **Case No: 1: 17-cv- 03997** |
| DAVID GOMEZ, Warden | ) ) | **The Honorable John F. Kness** |
| Stateville Correctional Center, | ) ) | State Court Conviction |
| Respondent. | ) ) | Case No. 09 CR 1017701 |

### AFFIDAVIT OF KIMYONA TAYLOR

I, Kimyona Taylor, state under oath and penalty of Perjury that the following is true and correct:

1. I am over 18 years of age.
2. I was formerly employed by the office of the Cook County Public Defender's office from May 2006 - June 2019.
3. I was assigned to the Homicide Task Force unit as an investigator, Ruth McBeth was an attorney in the Homicide Task Force unit..
4. I acted as Ruth McBeth's investigator during her representation of Norman Johnson.
5. Ruth McBeth nor any other public defender ever told me about or asked me to interview Andrew Sanford or Carol Lawry. At no point before or during trial did I contact Andrew Sanford by any means, including: phone conversations, interviews, letters, emails or any other formal or informal methods of communication.
6. At no point before or during the trial did I contact Carol Lawry by any means, including: phone conversations, interviews, letters, emails or any other formal or informal methods of communication.
7. At no point before or during trial did I discuss the possible testimony of Andrew Sanford or Carol Lawry with Ruth McBeth or any other public defender.
8. At no point before or during trial was I made aware of these witnesses by Ruth McBeth or any other public defender.
9. I did testify at Norman Johnson's trial.



EXHIBIT "A"

10. I was made aware that I would need to testify the day of, and immediately prior to, testifying.

11. I was never prepped by Ruth McBeth or any other public defender prior to taking the stand.

_Kimyona Taylor_
Kimyona Taylor

Subscribed and sworn to before me this  18  day of  March 2022.

My commission expires  11-13-2023  .

_Notary Public_
Notary Public



MARITZA MUNOZ
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
November 13, 2023