**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NORMAN JOHNSON (R-10495), | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **Case No: 1: 17-cv- 03997** |
| | ) | |
| DAVID GOMEZ, Warden | ) | **The Honorable John F. Kness** |
| Stateville Correctional Center, | ) | |
| | ) | State Court Conviction |
| Respondent. | ) | Case No. 09 CR 1017701 |

**SUPPLEMENTAL AFFIDAVIT OF ANDREW SANFORD**

I, Andrew Sanford, state under oath and penalty of perjury that the following is true and correct and here supplement my previous filed affidavit:

1. At no point did I ever Identify Norman Johnson as one of the gunmen of the September 21, 2008 shooting at 716 S. St. Louis Ave., Chicago, IL.
2. At no point was I ever contacted by any member of Norman Johnson's trial team regarding the shooting at 716 S. St. Louis Ave., Chicago, including: phone conversations, letters, emails, in person interviews, or any other formal or informal communication.
3. If I were called to testify at Norman Johnson's trial, I would have testified that none of the shooters were Norman Johnson.

Andrew Sanford

Subscribed and sworn to before me this 28 day of February 2022.

My commission expires March 2, 2024

Notary Public

OFFICIAL SEAL
ANNA MARIE COTTO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/02/24

**EXHIBIT "B"**