IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORMAN JOHNSON (R-10495), ) | | |
| ) | | |
| Petitioner, ) | | |
| ) | | **Case No.: 1:17-cv-03997** |
| v. ) | | **Hon. John F. Kness** |
| ) | | |
| DAVID GOMEZ, IDOC WARDEN, ) | | State Court Conviction |
| ) | | |
| Respondent. ) | | Case No. 09 CR 1017701 |

## STATEMENT OF PROPOSED BRIEFING SCHEDULE

Petitioner Norman Johnson filed his Motion for Leave to Supplement his Habeas Petition. (Doc.#58). In accordance with the motions policy of this Court, Petitioner submits this briefing statement.

1. The parties propose the following briefing schedule.

    A. The State's response to Petitioner's Motion to Supplement the Habeas Petition must be filed by April 14, 2022.

    B. Petitioner's reply to the State's response in opposition, if any, must be filed by April 29, 2022.

    C. The court to set a hearing date if deemed necessary.

Respectfully submitted,

**Norman Johnson**

/s/ J. Damian Ortiz

J. Damian Ortiz, ARDC No. 6243609
UIC at CHICAGO SCHOOL OF LAW
PRO BONO LITIGATION CLINIC
315 S. Plymouth Street
Chicago, IL 60604
Tel: 312-493-6700
jdortiz@uic.edu

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ J. Damian Ortiz

J. Damian Ortiz / ARDC No. 6243609
UIC JOHN MARSHALL LAW SCHOOL
PRO BONO LITIGATION CLINIC
315 S. Plymouth Street
Chicago, Illinois 60604
Tel: 312-493-6700
jdortiz@uic.edu