UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Norman Johnson

                              Plaintiff,

v.                                                           Case No.: 1:17–cv–03997
                                                          Honorable John F. Kness

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 25, 2022:

      MINUTE entry before the Honorable John F. Kness: Petitioner's motion [58] for leave to file supplemental affidavits is entered and continued. Although the parties have submitted an agreed briefing schedule, the Court, at its own instance, suspends briefing on the motion for leave. Further guidance will be provided by separate order. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.