ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

NORMAN JOHNSON (R-10495),

Petitioner,

v.

CHARLES TRUITT, Warden,

Respondent.

No.  17-cv-03997

Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐   in favor of plaintiff

      which ☐ includes     pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒   in favor of Respondent CHARLES TRUITT and
against Petitioner NORMAN JOHNSON.

---

☐   other:

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on entry of an order denying the Petition for a writ of habeas corpus.

Date: September 28, 2022

_____
JOHN F. KNESS
United States District Judge