**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **NORMAN JOHNSON,** | ) | |
| | ) | |
| Petitioner, | ) | No. 17-cv-03997 |
| v. | ) | Judge John F. Kness |
| | ) | |
| **CHARLES TRUITT, Warden,** | ) | |
| | ) | NOTICE OF APPEAL |
| Respondent. | ) | |

**NOTICE OF APPEAL**

    Petitioner, NORMAN JOHNSON, hereby submits his Notice of Appeal to the United States Court of Appeals for the Seventh Circuit from the district court's Order denying the issuance of the required certificate of appealability, the Order and Judgment in a Civil Case was entered on September 28, 2022.

Respectfully submitted,

**NORMAN JOHNSON**

*/s/ J. Damian Ortiz*

Date: October 21, 2022

J. Damian Ortiz
**UIC School of Law's Pro Bono Clinic**
315 S. Plymouth Court
Chicago, IL 60604
Ph: (312) 786-9844
Email: jdortiz@uic.edu

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2022, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court, pursuant to General Order on Electronic Case Filing (ECF). The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case. A copy was mailed on the same day to the Petitioner Neman Johnson at the Stateville Correctional Center.

*/s/ J. Damian Ortiz*

J. Damian Ortiz
**UIC School of Law's Pro Bono Clinic**
315 S. Plymouth Court
Chicago, IL 60604
Ph: (312) 786-9844
Email: jdortiz@uic.edu