# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 4, 2023

To:  Thomas G. Bruton
    UNITED STATES DISTRICT COURT
    Northern District of Illinois
    Chicago, IL 60604-0000

| No. 22-2891 | NORMAN JOHNSON, Petitioner - Appellant v. CHARLES TRUITT, Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-03997 Northern District of Illinois, Eastern Division District Judge John F. Kness ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)