# United States Court of Appeals

**For the Seventh Circuit**
Chicago, Illinois 60604

Submitted March 9, 2023
Decided March 13, 2023

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*



No. 22-2891

| | |
|---|---|
| NORMAN JOHNSON,<br>    *Petitioner-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 17-cv-03997 |
| CHARLES TRUITT,<br>    *Respondent-Appellee.* | John F. Kness,<br>*Judge*. |

**O R D E R**

    Norman Johnson has filed a notice of appeal from the denial of his petition under 28 U.S.C. § 2254 and an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

    Accordingly, the request for a certificate of appealability is DENIED.